**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1381**

---

LATOSA HUNTLEY,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-98-376)

---

Submitted: September 29, 2000      Decided: October 17, 2000

---

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

John Eichorn, Rockingham, North Carolina, for Appellant. Mark T. Calloway, United States Attorney, Joseph L. Brinkley, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Latosa Huntley appeals the district court's order granting the Commissioner's motion for summary judgment in this action challenging the Commissioner's denial of Huntley's applications for disability insurance benefits and supplemental security income. We have reviewed the record and the district court's order accepting the recommendation of the magistrate judge and find no reversible error. In particular, we find that the administrative law judge gave proper weight to the opinion of Huntley's treating physician and that substantial evidence supports the Commissioner's decision. We therefore affirm on the reasoning of the district court. See United States v. Huntley, No. CA-98-376 (W.D.N.C. Mar. 9, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on March 8, 2000, the district court's records show that it was entered on the docket sheet on March 9, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).